UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   JACQUELINE FEAGIN ANDERSON )
) CASE NO. 17-32099-DHW-13
       Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes FORD MOTOR CREDIT COMPANY, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed a claim in the amount of $13,454.74 which is secured by one 2014 FORD FUSION.

2. The plan proposes to value the collateral of this creditor at $12,000.00 with interest at 0%, a specified monthly payment of $226.42 and adequate protection payment of $0.00.

3. The plan fails to provide an appropriate risk adjusted interest rate to be paid on the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5)(B)(ii). The plan proposes to pay interest on this creditor's claim at a rate of 0%. The current prime rate of interest is 4.25%; therefore, an appropriate risk adjusted rate should be between 5.25% and 7.25%.

4. The debtor has failed to make and the plan fails to provide for adequate protection payments as required by 11 U.S.C. Section 1326.

5. The plan is incorrectly marked that this creditor's interest in the collateral is not a purchase money security interest.

WHEREFORE, FORD MOTOR CREDIT COMPANY, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

FORD MOTOR CREDIT COMPANY

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this August 10, 2017.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
PO BOX 201
MONTGOMERY AL 36101

JACQUELINE FEAGIN ANDERSON
2400 A CROSSWAY DRIVE
MONTGOMERY AL 36108

/s/ Leonard N. Math