IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

IN RE:

Jacqueline Feagin Anderson

CASE NO: 17-32099

DEBTOR(S).

NOTICE OF WITHDRAWAL
OF OBJECTION TO CONFIRMATION

    Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby provides Notice of Withdrawal of the Objection to Confirmation in the above-captioned case to all parties.

This day, October 11, 2017

*/s/ Helen Ball*
Helen Ball, Attorney for Creditor, Bar # ASB2591L52B
hball@logs.com |704-607-4881
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Grady Ingle
gingle@logs.com | 704-831-2217
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

In re:
JACQUELINE FEAGIN ANDERSON      CASE NO: 17-32099
Debtor(s)     CHAPTER: 13

**CERTIFICATE OF SERVICE**

Jacqueline Feagin Anderson
2400 A Crossway Drive
Montgomery, AL 36108


Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101-0201
Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101


I do hereby certify that I have on this 11th day of October, 2017, served a copy of the foregoing pleading on the parties listed above by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

             */s/ Helen Ball*
             Helen Ball, Attorney for Creditor, Bar # ASB2591L52B
             hball@logs.com |704-607-4881
             Shapiro & Ingle, LLP
             10130 Perimeter Pkwy, Suite 400
             Charlotte, NC 28216
             Phone: 704-333-8107 | Fax: 704-333-8156
             Supervisory Attorney Contact: Grady Ingle
             gingle@logs.com | 704-831-2217
             Electronic Service Notifications: ncbkmail@shapiro-ingle.com

17-013534